1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney
2
3   EUMI L. CHOI (WVSBN 0722)
    Chief, Criminal Division
4   MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-6960
7       Fax: (415) 436-7234

8   Attorneys for Plaintiff

9                   UNITED STATES MAGISTRATE COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.    CR 05 00548 JSW
                                     )
13          Plaintiff,               )   ORDER AND STIPULATION FOR
                                     )   CONTINUANCE FROM SEPTEMBER 22,
14  v.                               )   2005 TO NOVEMBER 3, 2005 AND
                                     )   EXCLUDING TIME FROM THE SPEEDY
15  SCOTT ANTHONY LAMONICO,          )   TRIAL ACT CALCULATION (18 U.S.C. §
                                     )   3161(h)(8)(A))
16          Defendant.               )
                                     )
17  _____ )

18          With the agreement of the parties, and with the consent of the defendant, the Court enters

19  this order scheduling a status conference on November 3, 2005 at 2:30P.M. and documenting the

20  exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 22, 2005, to

21  November 3, 2005.  The parties agree, and the Court finds and holds, as follows:

22          1.  The defendant has been released on a bond.

23          2.  Defense counsel is in the process of reviewing voluminous discovery and the parties

24  are working toward a resolution of this matter.

25          3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

26  3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.

28          4.  After a hearing on this matter on September 22, 2005, the Court finds that, taking into

account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from September 22, 2005 to November 3, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

7. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on November 3, 2005, at 2:30P.M., and (2) orders that the period from September 22, 2005 to November 3, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 9/25/05

                    /s/
RONALD TYLER
Assistant Federal Public Defender

DATED: 9/22/05

                    /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 27, 2005

JEFFREY S. WHITE
United States District Court Judge

2