KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

## UNITED STATES MAGISTRATE COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT ANTHONY LAMONICO,<br><br>   Defendant. | No.   CR 05 00548 JSW<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 3, 2005 TO DECEMBER 1, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a change of plea hearing on December 1, 2005 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 3, 2005 to December 1, 2005. The parties agree, and the Court finds and holds, as follows:

     1. The defendant has been released on a bond.

     2. The parties appeared before the Court on November 3, 2005 and indicated that they are working toward a resolution of this matter and have reached an agreement in principle. However, defense counsel indicated that he will be unavailable for a portion of November and that he will require adequate time to review the anticipated plea agreement with his client.

     3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

1  3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.
3      4. After a hearing on this matter on November 3, 2005, the Court finds that, taking into
4  account the public interest in the prompt disposition of criminal cases, the ends of justice served
5  by excluding the period from November 3, 2005 to December 1, 2005 outweigh the best interest
6  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
7      5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea
8  hearing on December 1, 2005, at 2:30P.M., and (2) orders that the period from November 3,
9  2005 to December 1, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
10 3161(h)(8)(A) & (B)(iv).
11 IT IS SO STIPULATED:
12 DATED: 11/4/05                    /s/
13                                   RONALD TYLER
                                     Assistant Federal Public Defender
14
   DATED:  11/4/05                   /s/
15                                   MICHELLE MORGAN-KELLY
                                     Assistant United States Attorney
16
   IT IS SO ORDERED.
17
18 DATED: November 8, 2005
                                     THE HONORABLE JEFFREY S. WHITE
19                                   United States District Court Judge

2