KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00548-JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING FROM MARCH 16, 2006 UNTIL APRIL 13, 2006 |
| v. | ) | |
| SCOTT ANTHONY LAMONICO, | ) | |
| Defendant. | ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the sentencing hearing in this case from March 16, 2006 at 2:30 p.m. until April 13, 2006 at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

     1. The defendant is not in custody.

     2. This matter originally was scheduled for a hearing on March 16, 2006 at 2:30 p.m. Defense counsel expects to be out of the district on that date, however, and unavailable for the majority of the month of March, and government counsel also has a scheduling conflict on that date.

     3. All of the parties are available on April 13, 2006 at 2:30 p.m. and the defendant agrees to a continuance.

     4. Accordingly, and with the consent of the defendant, the Court continues the sentencing

1  hearing in this matter from March 16, 2006 at 2:30 p.m. until April 13, 2006 at 2:30 p.m.
2  IT IS SO STIPULATED:
3
4  DATED: 2/9/06                    _____/s/_____
                                    RONALD TYLER
5                                   Assistant Federal Public Defender
6
7  DATED: 2/8/06                    _____/s/_____
                                    MICHELLE MORGAN-KELLY
8                                   Assistant United States Attorney
9  IT IS SO ORDERED.
10
   DATED: February 10, 2006         _____
11                                  THE HONORABLE JEFFREY S. WHITE
                                    United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING FROM MARCH 16, 2006 UNTIL APRIL 13, 2006**

in the case of <u>**UNITED STATES V. SCOTT ANTHONY LAMONICO**, CR 05-00548 JSW</u> to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Ron Tyler**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

  X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   February 8, 2006

/s/
RAWATY YIM
United States Attorney's Office